IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-89 (DF) |
| **KENYON GRESHAM**, | VIOLATION(S): Drug Related |
| Defendant | |

# ORDER OF REVOCATION AND DETENTION

Defendant, **KENYON GRESHAM**, represented by legal counsel Ms. Althea Buafo of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on the motion of the United States seeking a revocation of this court's order of September 1, 2006, setting conditions for his pretrial release. The United States was represented by Assistant U.S. Attorney Verda Colvin. Based upon the evidence presented and legal argument made, the court finds:

### LEGAL FINDINGS

(1) there is probable cause to believe that the defendant has committed a federal, state, or local crime while on release by engaging in an assault upon a confidential informant on or about October 13, 2006, in Monroe County, Georgia; and,

(2) based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release which will assure that defendant Gresham will not pose a danger to the safety of any other person or the community: the defendant was arrested by Monroe County authorities on warrants charging Aggravated Assault and Attempting to Prevent Information on Criminal Activity from Law Enforcement or the Court, arising out of the beating of Terrence Dumas on or about October 13, 2006.

## FINDINGS OF FACT

Credible evidence presented at the hearing this day held by Investigator Thomas Tzerniejewski of Monroe County established that on October 13, 2006, defendant Gresham along with Juan Davis and "Little Chris" assaulted Terrence Dumas, a confidential informant in the above-captioned criminal proceeding, causing injury to his person.  Evidence presented indicated that during the course of the assault, the assailants made reference to Mr. Dumas' being a snitch, and defendant Gresham stated that Dumas "made my federal case."  During the course of the assault, the assailants stomped and kicked Dumas; Juan Davis struck him in the head with a pistol taken from Dumas during the struggle.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered September 1, 2006, be, and it is, **REVOKED**.  The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 14th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE